RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants, CITY OF SAN JOSE,
ROBERT DAVIS, CHRISTIAN CAMARILLO and
RAFAEL VARELA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERETTA HENDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE; ROBERT DAVIS in his capacity as CHIEF OF POLICE OF THE CITY OF SAN JOSE; OFFICER CHRISTIAN CAMARILLO; OFFICER RAFAEL VARELA; and DOES 1 THROUGH 75, individually and in their official capacities as employees of the CITY OF SAN JOSE; and DOES 76-100 individually, inclusive,<br><br>Defendants. | Case Number: C08-01214 PVT<br><br>**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Defendants, City of San Jose, Robert Davis, Christian Camarillo, and Rafael Varela, hereby respond to the Complaint of Plaintiff Sheretta Henderson in the above-entitled matter as follows:

1)     Answering Paragraph 1 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

/ / / / /

- 1 -

2)    Answering Paragraph 2 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

3)    Answering Paragraph 3 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

4)    Answering Paragraph 4 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

5)    Answering Paragraph 5 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

6)    Answering Paragraph 6 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

7)    Answering Paragraph 7 of Plaintiff's Complaint, Defendants admit that Robert Davis is the Chief of Police for the City of San Jose.  Defendants deny the remaining allegations contained in Paragraph 7.

8)    Answering Paragraph 8 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

9)    Answering Paragraph 9 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

10)    Answering Paragraph 10 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

11)    Answering Paragraph 11 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

12)    Answering Paragraph 12 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

13)    Answering Paragraph 13 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

14)    Answering Paragraph 14 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

/ / / / /

15)    Answering Paragraph 15 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

16)    Answering Paragraph 16 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

17)    Answering Paragraph 17 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

18)    Answering Paragraph 18 of Plaintiff's Complaint, Defendants admit the allegations contained therein.

19)    Answering Paragraph 19 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

20)    Answering Paragraph 20 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

21)    Answering Paragraph 21 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

22)    Answering Paragraph 22 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

23)    Answering Paragraph 23 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

24)    Answering Paragraph 24 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

25)    Answering Paragraph 25 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

26)    Answering Paragraph 26 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

27)    Answering Paragraph 27 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

28)    Answering Paragraph 28 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

29)    Answering Paragraph 29 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

30)    Answering Paragraph 30 of Plaintiff's Complaint, Defendants admit that Officer Camarillo struck Ms. Henderson in the lower leg with his baton.  Defendants deny the remaining allegations contained in Paragraph 30.

31)    Answering Paragraph 31 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

32)    Answering Paragraph 32 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

33)    Answering Paragraph 33 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

34)    Answering Paragraph 34 of Plaintiff's Complaint, Defendants admit that some portions of the interaction between Ms. Henderson and one or more police officers was captured on video by a KPIX news team.

35)    Answering Paragraph 35 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

36)    Answering Paragraph 36 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

37)    Answering Paragraph 37 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

38)    Answering Paragraph 38 of Plaintiff's Complaint, Defendants incorporate their answers to Paragraphs 1 through 37 as if fully set forth herein.

39)    Answering Paragraph 39 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

40)    Answering Paragraph 40 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

41)    Answering Paragraph 41 of Plaintiff's Complaint, Defendants admit that they acted under color of state law and within the course and scope of their employment with

- 4 -

the City of San Jose and San Jose Police Department.  Defendants deny the remaining allegations contained in Paragraph 41.

42)    Answering Paragraph 42 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

43)    Answering Paragraph 43 of Plaintiff's Complaint, Defendants lack sufficient information and belief, and therefore, deny the allegations contained therein.

44)    Answering Paragraph 44 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

45)    Answering Paragraph 45 of Plaintiff's Complaint, Defendants incorporate their answers to Paragraphs 1 through 44 as if fully set forth herein.

46)    Answering Paragraph 46 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

47)    Answering Paragraph 47 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

48)    Answering Paragraph 48 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

49)    Answering Paragraph 49 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

50)    Answering Paragraph 50 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

51)    Answering Paragraph 51 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

52)    Answering Paragraph 52 of Plaintiff's Complaint, Defendants incorporate their answers to Paragraphs 1 through 51 as if fully set forth herein.

53)    Answering Paragraph 53 of Plaintiff's Complaint, Defendants deny the allegations contained therein.

/ / / / /

/ / / / /

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT    C08-01214 PVT
JURY TRIAL DEMANDED    498268.doc

## FIRST AFFIRMATIVE DEFENSE

1.    As and for a first affirmative defense, Defendants allege that the Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2.    As and for a second affirmative defense, Defendants allege that Plaintiff was careless and negligent in and about the matters referred to in the Complaint, and further that Plaintiff failed to exercise ordinary care for Plaintiff's own safety and such carelessness and negligence on the part of Plaintiff proximately caused and contributed to the damage, detriment, or injury sustained by Plaintiff, if any, and that Plaintiff's recovery should therefore be barred or reduced to the extent of Plaintiff's negligence.

## THIRD AFFIRMATIVE DEFENSE

3.    As and for a third affirmative defense, Defendants allege that any harm Plaintiff suffered was the result of a negligent or otherwise wrongful act and/or conduct of persons other than these Defendants and that the conduct of other persons other than these Defendants was the sole and proximate cause of the injuries and damages alleged by Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

4.    As and for a fourth affirmative defense, Defendants allege that all actions taken were undertaken in good faith and with reasonable belief that the actions were valid, necessary, constitutionally proper, and objectively reasonable for a police officer in the same circumstances, entitling Defendants to the Qualified Immunity of Good Faith.

## FIFTH AFFIRMATIVE DEFENSE

5.    As and for a fifth affirmative defense, Defendants allege that they are immune from the state law causes of action pursuant to Government Code §§800-1000, including but not limited to §§820.2 820.4, 820.8, 821.6, 821.8, and 822.2.

/ / / / /

/ / / / /

/ / / / /

**SIXTH AFFIRMATIVE DEFENSE**

6.      As and for a sixth affirmative defense, Defendants allege that Plaintiff's Complaint is barred in that Plaintiff failed to comply with the claims filing provision of Government Code §900, *et. seq.*

**SEVENTH AFFIRMATIVE DEFENSE**

7.      As and for a seventh affirmative defense, Defendants allege that Plaintiff's Complaint is barred by the applicable statutes of limitation.

**EIGHTH AFFIRMATIVE DEFENSE**

8.      As and for an eighth affirmative defense, Defendants allege that Plaintiff has failed to mitigate her damages, if any.

**NINTH AFFIRMATIVE DEFENSE**

9.      As and for a ninth affirmative defense, Defendants allege that if Plaintiff was detained, these answering Defendants had probable cause to detain Plaintiff based upon the Defendants investigation, knowledge, and observations preceding the detention and that the Plaintiff was validly detained.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT          C08-01214 PVT
JURY TRIAL DEMANDED                                  498268.doc

1    WHEREFORE, Defendants pray:

2    1.    That Plaintiff take nothing by her Complaint;

3    2.    That Plaintiff's Complaint be dismissed with prejudice;

4    3.    That Defendants be awarded their costs of suit, including attorneys fees

5    incurred herein; and

6    4.    For such other and further relief as the Court deems proper.

7                                              Respectfully submitted,

8                                              RICHARD DOYLE, City Attorney

9    Dated:  August 19, 2008

10

11    By:  _____/S/_____
                MICHAEL J. DODSON
                Sr. Deputy City Attorney

12

13    Attorneys for Defendants,
       CITY OF SAN JOSE, ROBERT DAVIS,
       CHRISTIAN CAMARILLO, and RAFAEL

14    VARELA

15

16                          **REQUEST FOR JURY TRIAL**

17    Defendants City of San Jose, Robert Davis, Christian Camarillo, and Rafael Varela,

18    hereby request a jury trial in this action.

19

20    Dated:  August 19, 2008                  Respectfully submitted,

21                                              RICHARD DOYLE, City Attorney

22

23    By:  _____/S/_____
                MICHAEL J. DODSON

24                Sr. Deputy City Attorney

25    Attorneys for Defendants,
       CITY OF SAN JOSE, ROBERT DAVIS,

26    CHRISTIAN CAMARILLO, and RAFAEL
       VARELA

27

28

- 8 -