RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
NKIA D. RICHARDSON, Deputy City Attorney (#193209)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants, CITY OF SAN JOSE, ROBERT DAVIS, CHRISTIAN CAMARILLO and RAFAEL VARELA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHERETTA HENDERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE; ROBERT DAVIS in his capacity as CHIEF OF POLICE OF THE CITY OF SAN JOSE; OFFICER CHRISTIAN CAMARILLO; OFFICER RAFAEL VARELA; and DOES 1 THROUGH 75, individually and in their official capacities as employees of the CITY OF SAN JOSE; and DOES 76-100 individually, inclusive,<br><br>Defendants. | Case Number: C08-01214 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned parties in the above-captioned civil matter hereby decline to

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1  consent to the assignment of this case to a United States Magistrate Judge for trial and
2  disposition and hereby request the reassignment of this case to a United States District
3  Judge.
4
5                                                        Respectfully submitted,
6  Dated: August 19, 2008                                RICHARD DOYLE, City Attorney
7
8                                                        By:  _____/S/_____
                                                              MICHAEL J. DODSON
9                                                             Sr. Deputy City Attorney
10                                                       Attorneys for Defendants,
                                                         CITY OF SAN JOSE, ROBERT DAVIS,
11                                                       CHRISTIAN CAMARILLO and RAFAEL
                                                         VARELA
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28