1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  MICHAEL DODSON, Sr. Deputy City Attorney (#159743)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San José, California 95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number: (408) 998-3131
   E-Mail Address: cao.main@sanjoseca.gov
6
7  Attorneys for Defendants, CITY OF SAN JOSE,
   ROBERT DAVIS, CHRISTIAN CAMARILLO and
8  RAFAEL VARELA

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13 | SHERETTA HENDERSON, an individual, | Case Number: C08-01214 PVT
14 |                Plaintiff,           | **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**
15 |                   v.                |
16 | CITY OF SAN JOSE; ROBERT DAVIS in his capacity as CHIEF OF POLICE OF THE CITY OF SAN JOSE; OFFICER CHRISTIAN CAMARILLO; OFFICER RAFAEL VARELA; and DOES 1 THROUGH 75, individually and in their official capacities as employees of the CITY OF SAN JOSE; and DOES 76-100 individually, inclusive,
21 |               Defendants.           |

23     Pursuant to Northern District Local Rule 3-13, Defendants City of San Jose, Robert

24 Davis, Christian Camarillo and Rafael Varela hereby file this Notice of Pendency of Other

25 Action or Proceeding.

26     The following cases all generally arise out of events transpiring on February 28 and

27 March 1, 2006 in downtown San Jose which involved alleged interaction between the

28 Plaintiff in each individual case and one or more members of the San Jose Police

Department. The cases have overlapping parties and witnesses and the underlying events alleged in each case generally took place at approximately the same time and in close proximity to one another. Those other cases are as follows:

1. *Sanchez, Christina v. City of San Jose, et al.*; USDC Case Number C06-06331 JW;
2. *Powell, Barbara v. City of San Jose, et al.*; USDC Case Number C08-01213 HRL; and
3. *Burton, Natasha v. City of San Jose, et al.*; USDC Case Number C08-01215 HRL.

Respectfully submitted,

RICHARD DOYLE, City Attorney

Dated: August 19, 2008

By: _____/S/_____
    MICHAEL J. DODSON
    Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, ROBERT DAVIS, CHRISTIAN CAMARILLO, and RAFAEL VARELA