IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sheretta Henderson, | NO. C 08-01214 JW |
|     Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| City of San Jose, et al., | |
|     Defendants. | |

On March 31, 2010, the Jury returned its verdict in this case. The Jury did not reach a unanimous verdict as to Plaintiff Henderson's First Claim for Deprivation of Civil Rights Under Color of Law pursuant to the Fourth Amendment for Excessive Force. (See Docket Item No. 95.) Accordingly, the Court orders as follows:

(1) On **May 24, 2010 at 10 a.m.**, the parties shall appear for a Case Management Conference.

(2) On or before **May 14, 2010**, the parties shall file a Joint Case Management Conference Statement. In the Statement, the parties shall provide a proposed schedule for further proceedings and a new trial on Plaintiff Henderson's remaining claim.

Dated: May 3, 2010

                                                   JAMES WARE
                                                   United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bryan W Vereschagin bryan@vereschaginlaw.com
Gilbert Whitney Leigh wleigh@gonzalezleigh.com
Matt Gonzalez mgonzalez@gonzalezleigh.com
Matthew Lowe Springman mspringman@gonzalezleigh.com
Matthew Rutledge Schultz mschultz@gonzalezleigh.com
Michael J. Dodson cao.main@sanjoseca.gov
Nkia Desiree Richardson cao.main@sanjoseca.gov

**Dated:** May 3, 2010                                       **Richard W. Wieking, Clerk**

                                                             **By:    /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California