

IT IS SO ORDERED

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SHERETTA HENDERSON,<br><br>                     Plaintiff,<br><br>              v.<br><br>CHRISTIAN CAMARILLO,<br><br>                     Defendant. | Case No.      C08-01214 JW<br><br>**ORDER VACATING CASE<br>MANAGEMENT CONFERENCE** |

 This case is scheduled for a Case Management Conference on September 13, 2010.  The parties have complied with the Court's Order and duly submitted their Joint Statement.  (Docket Item No. 103.) Based on the representation in the Joint Statement, the Court finds that an Interim Conference is not necessary at this time.  The Court encourages the parties to continue their informal settlement discussion.  To the extent the parties seek a referral to a Magistrate Judge to assist them in their settlement efforts, the parties may jointly file that request.

 The parties shall appear for the Final Pretrial Conference currently set for **November 15, 2010 at 11a.m.** and comply with the deadlines in preparation for that Conference.

Date:  September 8, 2010

_____
JAMES WARE
United States District Judge