1  GONZALEZ & LEIGH, LLP
   MATT GONZALEZ (SBN 153486)
2  G. WHITNEY LEIGH (SBN 153457)
   GONZALEZ & LEIGH, LLP
3  744 Montgomery Street, Ste. 500
   San Francisco, CA  94111
4  Telephone Number: (415) 912-5950
   Facsimile Number:  (415) 912-5951
5  E-Mail Address:  mgonzalez@gonzalezleigh.com

6  Attorneys for Plaintiff, SHERETTA HENDERSON

7

8  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Assistant City Attorney (#93249)
9  MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
   NKIA D. RICHARDSON, Deputy City Attorney (#193209)
10 Office of the City Attorney
   200 East Santa Clara Street
11 San José, California  95113-1905
   Telephone Number: (408) 535-1900
12 Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
13
   Attorneys for Defendants, CHRISTIAN CAMARILLO
14 and RAFAEL VARELA

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           SAN JOSE DIVISION

19

20 | SHERETTA HENDERSON, | Case No.   C08-01214 JW |
21 |         Plaintiff,   | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
22 |            v.        |  |
23 | CHRISTIAN CAMARILLO and RAFAEL VARELA, |  |
24 |                      |  |
25 |         Defendants.  |  |

26

27

28

- 1 -

Pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1), Plaintiff Sheretta Henderson and Defendants Christian Camarillo and Rafael Varela hereby stipulate that this action be dismissed in its entirety, with prejudice.

Plaintiff and Defendants further stipulate and agree that each party shall bear their own attorneys fees and costs in connection with this action.

Respectfully submitted,

Dated: January 12, 2011

By: /s/ Matt Gonzalez
MATT GONZALEZ, Esq.
GONZALEZ & LEIGH

Attorney for Plaintiff,
SHERETTA HENDERSON

Dated: January 14, 2011

RICHARD DOYLE, City Attorney

By: /s/ Michael J. Dodson
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorney for Defendants, CHRISTIAN CAMARILLO and RAFAEL VARELA

### ORDER

Pursuant to the Stipulation of Dismissal by and between the parties to this action, through their designated counsel, the above-captioned action is hereby DISMISSED with prejudice pursuant to F.R.C.P. 41(a)(1), and it is further ordered that each party shall bear their own attorneys fees and costs in connection with this action. The Clerk shall close this file.

Dated: January 20, 2011

/s/ James Ware
HONORABLE JAMES WARE
United Stated District Court Chief Judge