1  GONZALEZ & LEIGH LLP
   MATT GONZALEZ (SBN 153486)
2  G. WHITNEY LEIGH (SBN 153486)
   MATTHEW R. SCHULTZ (SBN 220641)
3  744 Montgomery Street, Fifth Floor
   San Francisco, California  94111
4  Telephone:    415-912-5950
5  Facsimile:    415-912-5951

6  Attorneys for Plaintiffs

*IT IS SO ORDERED*
*Judge James Ware*
3/28/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| CHRISTINA SANCHEZ, SHERETTA HENDERSON, NATASHA BURTON BARBARA POWELL | Case No. 5:06-cv-06331-JW |
|---|---|
| Plaintiffs, | Related Cases: 5:08-cv-01213-JW |
| v. | 5:08-cv-01214-JW |
| CITY OF SAN JOSE, *et al.*, | 5:08-cv-01215-JW |
| Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL** |

1       PLEASE TAKE NOTICE that effective November 1, 2010, Matthew Schultz of
2  Gonzalez & Leigh LLP at 744 Montgomery, fifth floor, San Francisco, California, 94111, will
3  no longer be associated with Gonzalez & Leigh LLP and hereby withdraws as counsel of record
4  for plaintiffs.  Mr. Schultz therefore requests that he be removed from the case docket and the
5  Notice of Electronic Filing System as indicated on the docket.  G. Whitney Leigh, Matt Gonzalez
6  and Matthew Springman will continue as counsel of record for plaintiffs.  All pleadings, orders
7  and other papers should continue to be served on Gonzalez & Leigh LLP.

9  Dated:  February 21, 2011                              GONZALEZ & LEIGH LLP

12                                                         By:  _____/s/_____
                                                                  Matthew R. Schultz
13                                                                Attorneys for Plaintiffs

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 5:06-cv-06331-JW